*E-FILED - 6/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. C-03-20110-RMW |
|---|---|
| Plaintiff, | ORDER ON MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| GREGORY COMICK, | [Docket # 425] |
| Movant/Defendant. | |

Gregory Comick has moved to "revoke" his term of supervised release so "he can pursue [his] new career." Although the court is pleased that Mr. Comick appears to be doing well, the court does not believe his supervised release should be terminated. Accordingly, the motion is denied.

In reviewing the docket, it appears that motions filed on November 30, 2005 (#330) and January 6, 2006 (#335) are designated as not having been ruled upon. However, the docket shows that an order was filed on December 19, 2006 disposing of pending motions (#384).

Dated: <u>6/23/10</u>

*Ronald M. Whyte*
———————————————————
Ronald M. Whyte
United States District Judge

1
2   Copy of Order Mailed to:

3   John Glang, AUSA
    Office of the United States Attorney
    150 Almaden Boulevard, Suite 900
4   San Jose, CA 95113

5   Gregory Comick
    623 27th Street, Apt. #A
6   Oakland, CA 94612

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28