**E-FILED: 9/16/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY COMICK, | NO. CR-03-20110-RMW |
| Petitioner/Defendant, | ORDER RE REQUEST FOR TERMINATION OF SUPERVISED RELEASE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The court has received Petitioner Gregory Comick's petition to terminate his period of supervised release. The court requests that petitioner request his probation officer to advise the court on the requested termination. The court will then consider the merits of the petition.

DATED:     September 16, 2010

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

ORDER RE REQUEST FOR TERMINATION OF SUPERVISED RELEASE
NO. CR-03-20110-RMW

Copy of Order Mailed to:

John Glang, AUSA
Office of the United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Gregory Comick
38128 Martha Avenue
Fremont, CA 94563

United States Probation Office
280 South First Street
San Jose, CA 95113